# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 24, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163465(22)

ANTONIO VALLIN BRIDGES,
        Plaintiff-Appellant,

v

PAROLE BOARD,
        Defendant-Appellee.

_____/

SC: 163465
COA: 356885

On order of the Chief Justice, the motion to waive fees is DENIED because MCL 600.2963 requires that a prisoner pursuing a civil action be liable for filing fees.

Appellant is not required to pay an initial partial fee. However, for the appeal to continue, appellant must, within 21 days of the date of this order, submit a copy of this order and refile the copy of the pleading returned with this order as acknowledgement of his responsibility to pay the $375.00 filing fee. MCL 600.2963. Failure to do so will result in the appeal being administratively dismissed.

If appellant timely complies with this order, monthly payments shall be made to the Department of Corrections in the amount of 50 percent of the deposits made to appellant's account until the payments equal the balance due of $375.00. That amount shall then be remitted to this Court.

Appellant may not file a new civil action or appeal in this Court until the filing fee in this case is paid in full. MCL 600.2963(8).

The Clerk of the Court shall furnish two copies of this order to appellant and return a copy of appellant's pleadings with this order.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 24, 2021



Clerk